# Court of Appeals
# of the State of Georgia

ATLANTA,   March 05, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0245. JOSE ANTONIO VELEZ v. THE STATE.

On February 10, 2014, Jose Antonio Velez filed a pro se discretionary appeal from two November 26, 2013 orders – one denying his "Motion and Notice to Compel this Court, Judge Sandra L. Ingram, to Answer and Explain all Questions Raised and Represented Herein, in the Interest of Justice and to Correct a Manifest of Injustice Resulting by and Through Fraud and Deceit," and another denying his "Motion Demanding Judge Sandra Lark Ingram to Respond Immediately to the Allocution Statement of the Defendant." We lack jurisdiction.

In order for this Court to have jurisdiction, we must have a timely filed application for discretionary appeal. *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). An application is timely if it is filed within 30 days of the entry of the order the applicant seeks to appeal. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Thus, Velez had to file his application within 30 days of the November 26, 2013 orders. His application – filed on February 10, 2014 – is untimely. Accordingly, his application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* <u>03/05/2014</u>
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*